IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MIGUEL MAYERS, IV,                          )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Civil No. 3:12-1204
                                            )        Judge Trauger
RUTHERFORD COUNTY, TENNESSEE,               )
NICK COBLE, Deputy Sheriff of Rutherford    )
County, Tennessee, in his official capacity, )
SHANE VAUGHN, Deputy Sheriff of Rutherford  )
County, Tennessee, in his official capacity, )
CITY OF SMYRNA, TENNESSEE,                  )
BEN BALDWIN, Officer of Smyrna, Tennessee   )
Police Department, in his official capacity, and )
JEFF LUCAS, Officer of Smyrna, Tennessee    )
Police Department, in his official capacity, )
                                            )
        Defendants.                         )

**O R D E R**

The First Motion to Amend the Amended Initial Case Management Order (Docket No.

42) is **GRANTED**.  This motion basically asks for an extension of 60 days of all remaining

deadlines, which will require a rescheduling of the trial.  The court will extend these deadlines

and reset the trial but informs the parties that further extensions of this sort that necessitate a

resetting of the trial probably will not be looked upon favorably.  The following new deadlines

will apply:

1.      Lay depositions shall be completed by November 1, 2013.

2.      Plaintiff shall make expert disclosures by December 1, 2013, and
        defendants shall make expert disclosures by January 15, 2014.

3.      Plaintiff's expert depositions shall be completed by February 15, 2014,
        and defense expert depositions shall be completed by March 15, 2014.

4.      The joint mediation report should be filed by January 20, 2014.

5.      Dispositive motions shall be filed by April 17, 2014.

All other terms and conditions of the Initial Case Management Order (Docket No. 35) shall

remain in place.  By separate order, the trial is being reset for September 23, 2014.

It is so **ORDERED**.

ENTER this 20th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge